IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HARRY ROBINSON, | § § § | |
| *Plaintiff,* | § § | SA-23-CV-00405-OLG |
| vs. | § § § | |
| UNITED STATES OF AMERICA, | § § § | |
| *Defendant.* | § § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

**To the Honorable United States District Judge Orlando L. Garcia:**

This Report and Recommendation concerns the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings on April 6, 2023 [#3]. The undersigned therefore has authority to enter this recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). For the reasons set forth below, it is recommended that this case be dismissed for want of prosecution.

### I.  Background and Analysis

Plaintiff, who is proceeding *pro se*, filed this case on February 17, 2023, in state court, against Defendant the United States of America. Defendant removed this case from state court on April 3, 2023, and moved for an extension of time to answer. In its motion, the United States asserted that Plaintiff had not yet served the United States with process pursuant to the requirements set forth in Rule 4(i). Plaintiff's Petition filed in state court indicates he is attempting to serve the Department of Veterans Affairs. On April 10, 2023, the Court granted

1

the motion and extended the deadline for the United States' answer and ordered Plaintiff to serve Defendant in accordance with Rule 4(i).

By June 20, 2023, Plaintiff still had not filed anything with the Court or taken any steps to effectuate proper service on Defendant. The undersigned therefore ordered Plaintiff to show cause why this case should not be dismissed for want of prosecution on or before June 30, 2023. To date, Plaintiff still has not taken any action in this case or responded to the show cause order.

A district court may dismiss an action for failure to prosecute or to comply with any order of the court. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir.1988) (per curiam); Fed. R. Civ. P. 41(b). In light of Plaintiff's failure to respond to the undersigned's show cause order or to take any steps to serve Defendant with process under Rule 4(i), the Court will recommend that Plaintiff's claims be dismissed for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

## II.  Conclusion and Recommendation

Having considered the record in this case, the undersigned **recommends** that this case be **DISMISSED FOR WANT OF PROSECUTION**.

## III.  Instructions for Service and Notice of Right to Object/Appeal

The United States District Clerk shall serve a copy of this report and recommendation on all parties by either (1) electronic transmittal to all parties represented by attorneys registered as a "filing user" with the clerk of court, or (2) by mailing a copy to those not registered by certified mail, return receipt requested. Written objections to this report and recommendation must be filed **within fourteen (14) days** after being served with a copy of same, unless this time period is modified by the district court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Objections are limited to no more than 20 pages unless leave of court is granted. The party shall file the

objections with the Clerk of Court and serve the objections on all other parties. A party filing objections must specifically identify those findings, conclusions or recommendations to which objections are being made and the basis for such objections; the district court need not consider frivolous, conclusive or general objections. A party's failure to file written objections to the proposed findings, conclusions and recommendations contained in this report shall bar the party from a *de novo* determination by the district court. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985); *Acuña v. Brown & Root, Inc.,* 200 F.3d 335, 340 (5th Cir. 2000). Additionally, failure to file timely written objections to the proposed findings, conclusions and recommendations contained in this report and recommendation shall bar the aggrieved party, except upon grounds of plain error, from attacking on appeal the un-objected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc).

   SIGNED this 19th day of July, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE