**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**
September 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| **HARRY ROBINSON,** § | |
| Plaintiff, § | |
| v. § | **CIVIL NO. SA:23-CV-00405-OLG** |
| **UNITED STATES OF AMERICA,** § | |
| Defendant. § | |

### ORDER

Before the Court is the above-captioned action, which was referred to United States Magistrate Judge Elizabeth S. Chestney for all pretrial proceedings. On July 19, 2023, Magistrate Judge Chestney issued a report and recommendation (R&R). (*See* Dkt. No. 5.) Pro se Plaintiff Harry Robinson was served with a copy of the R&R by certified mail (*see* Dkt. No. 6), and the time to object has passed. Because Robinson did not file objections, the Court has reviewed the recommendation to determine whether it is clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court finds that the R&R is in all things correct and should be accepted.

It is therefore **ORDERED** that Magistrate Judge Chestney's recommendation (Dkt. No. 5) is **ACCEPTED**. It is further **ORDERED** that, for the reasons stated in the R&R, Plaintiff Harry Robinson's claims are **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

This case is **CLOSED.**

It is so **ORDERED**.

**SIGNED** this ____6____ day of September, 2023.

ORLANDO L. GARCIA
United States District Judge